No. 99–8254. HARRIS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–8255. PIMENTEL FELIZ v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8257. GULLEDGE v. DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8260. GROSSO v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–8261. DUER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 99–8262. HUDSON v. LAMARTINIERE. C. A. 5th Cir. Certiorari denied.

No. 99–8263. HARRELL v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8265. DIEHL v. NELSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8268. ELLISON v. CYCMANICK, JUDGE, FLORIDA CIRCUIT COURT, 9TH JUDICIAL CIRCUIT, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8270. CHAMBERS v. COOK, DIRECTOR, OREGON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 99–8276. BLUE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 99–8283. FAUSTO v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 99–8286. DENICTOLIS ET AL. v. MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 99–8289. PEABODY v. ZLAKET, CHIEF JUSTICE, SUPREME COURT OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.